# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>EBONI MARKESHA TINNER,<br><br>　　　　　　Defendant. | Case No. 2:22-cr-00178-CDS-NJK<br><br>ORDER<br><br>(Docket No. 137) |

　　　　Pending before the Court is the motion to withdraw as counsel filed by the attorney for Defendant Eboni Markesha Tinner. Docket No. 137. The Court hereby **SETS** a hearing on that motion for 10:00 a.m. on August 29, 2024, in Courtroom 3C. Defendant must be present for the hearing.

　　　　IT IS SO ORDERED.

　　　　DATED: August 27, 2024

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1